SPEARMAN v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 19, 1921.) No. 3740. In Error to the District Court of the United States for the Southern District of Texas; Joseph C. Hutcheson, Jr., Judge. Criminal prosecution by the United States against G. T. Spearman. Judgment of conviction, and defendant brings error. Affirmed. V. M. Clark, of Houston, Tex. (Quitman Finlay and Turnley & Clark, all of Houston, Tex., on the brief), for plaintiff in error. D. E. Simmons, U. S. Atty., and D. A. Simmons, Ass't U. S. Atty., both of Houston, Tex. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.

THE WALTER B. POLLOCK. (Circuit Court of Appeals, Second Circuit. June 1, 1921.) No. 234. Appeal from the District Court of the United States for the Eastern District of New York. Libel by the Bouker Contracting Company against the steam tug Walter B. Pollock, her engines, etc., the Egerton Towing Company, claimant, and others. Decree for libelant, and claimant appeals. Affirmed. Harrington, Bigham & Englar, of New York City (Vine H. Smith, of New York City, of counsel), for appellant. Foley & Martin, of New York City (William J. Martin and George V. A. McCloskey, both of New York City, of counsel), for libelant appellee. Macklin, Brown, Purdy & Van Wyck, of New York City (Pierre M. Brown, of New York City, of counsel), for respondents appellees. Before WARD, ROGERS, and MANTON, Circuit Judges.

PER CURIAM. This case involves pure questions of fact and examination of the record discloses nothing that would justify us in disturbing Judge Chatfield's findings. The decree is affirmed.